# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RODERICK GRANT

NO. 2025 KW 1256

**MARCH 9, 2026**

---

In Re:    Roderick Grant, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge, No.
          12-08-0097.

---

**BEFORE:    MILLER, EDWARDS, AND FIELDS, JJ.**

   **WRIT DENIED.** Relator failed to demonstrate that re-testing
of the DNA evidence in this case was warranted. See La. Code Crim.
P. art. 926.1(C)(1). Accordingly, the district court did not err
by denying relator's application for DNA retesting.

                              **SMM**
                              **BDE**
                              **WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT